James L. Payne, Bar No. 107021
E-mail: jlp@paynefears.com
Jeffrey K. Brown, Bar No. 162957
E-mail: jkb@paynefears.com
John T. Egley, Bar No. 232545
E-mail: jte@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants
SAFEWAY INC., THE VONS COMPANIES

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH AMODEO,<br><br>    Plaintiff,<br><br>    v.<br><br>SAFEWAY, INC.; THE VONS COMPANIES, INC.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. CV08-01879 PSG (Ex)<br><br>[Los Angeles Superior Court, Case No. BC385354]<br><br>**CLASS ACTION**<br><br>**LOCAL RULE 83-1.4.1 NOTICE** |

Pursuant to Local Rule 83 - 1.4.1, Defendant Safeway Inc., identifies the following cases:

1. *Blanch v. Safeway, Inc.,* Los Angeles Superior Court, Case No. BC361233, Dept. 309, filed on November 1, 2006;

putative class action alleging, *inter alia*, Labor Code Section 201, 202 and 203 violations.

    2.    *Esparza v. Safeway Inc., et al.,* Los Angeles Superior Court, Case No. BC369766, Dept. 322-CCW, filed April 18, 2007; putative class action alleging, *inter alia*, failure to provide meal and rest periods to non-exempt, store-level employees.

    3.    *Tormey v. The Vons Companies, Inc., et al.* San Diego Superior Court, Case No. 37-2007-00069418-CU-OE-CTL, filed June 29, 2007; putative class action alleging, *inter alia,* failure to provide meal and rest periods to pharmacist employees.

    4.    *Flores v. Safeway, Inc., et al.,* United States District Court (C. D. Cal), Case No. CV08-472 GW (RCx), filed October 18, 2007; putative class action alleging, *inter alia,* failure to provide meal and rest periods to non-exempt, store-level employees.

DATED: April 3, 2008    PAYNE & FEARS LLP

By:   /s/*James L. Payne*
        JAMES L. PAYNE

Attorneys for Defendants
SAFEWAY INC. and THE VONS COMPANIES, INC.

392072.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100