1  Armond Marcarian, Esq. (SBN 213883)
2  Marcarian Law Firm
   15260 Ventura Boulevard, Suite 2250
3  Sherman Oaks, California 91403
4  Telephone: (818)995-8787
   Facsimile: (818)995-8817
5
6  William E. Harris (SBN 76706)
   Matthew A. Kaufman (166986)
7  Harris & Kaufman
8  15260 Ventura Boulevard, Suite 2250
   Sherman Oaks, California 91403
9  Telephone: (818) 990-1999
10 Facsimile: (818) 990-1966

11 Attorneys for Plaintiff,
12 Kenneth Amodeo, on behalf of all others similarly situated

13 James L. Payne (SBN 107021)
14 Jeffrey K. Brown, (SBN 162957)
   John T. Egley (SBN 232545)
15 PAYNE & FEARS LLP
16 4 Park Plaza, Suite 1100
   Irvine, CA 92614
17 Telephone:  (949) 851-1100
18 Facsimile:   (949) 851-1212

19 Attorneys for Defendants,
20 Safeway Inc., and The Vons Companies, Inc.

21
22                    UNITED STATES DISTRICT COURT
23                FOR THE CENTRAL DISTRICT OF CALIFORNIA
24
25  / / /
26  / / /
27
28

---
1

Stipulation to Remand to State Court

|   |   |
|---|---|
| KENNETH AMODEO,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC.; THE VONS COMPANIES, INC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Docket No.: CV08-01879 PSG (Ex)<br><br>**STIPULATION TO REMAND TO STATE COURT** |

## RECITALS

1. Plaintiff, Kenneth Amodeo ("Plaintiff"), was employed by Defendant, The Vons Companies, Inc., as a licensed pharmacist. He filed his complaint in the Los Angeles Superior Court on February 13, 2008. His complaint alleges four causes of action against Defendants, Safeway Inc., and The Vons Companies, Inc. (collectively referred to as "Defendants") based on (1) failure to provide meal breaks, (2) failure to provide rest breaks, (3) for statutory waiting time penalties under California *Labor Code* §203, and (4) for restitution under California's *Business & Professions Code* §17200. Moreover, the complaint alleged a class-action for all causes of action on behalf of all pharmacists employed in California by Defendants.

2. On March 19, 2007, Defendants petitioned this Court for removal under 28 U.S.C. §§ 1331 and 1441. The Petition for Removal contended that federal question jurisdiction existed under section 301 of the Labor Management Relations Act, 29 U.S.C. §185(a). The gravamen of Defendants' Petition for Removal is that Plaintiff was employed under a collective bargaining agreement, and Plaintiff's causes of action required interpretation of the collective bargaining agreement. On that basis, the Petition for Removal contended that federal question jurisdiction existed.

3. Since the Petition for Removal was filed, the parties have conferred regarding the existence of federal question jurisdiction and the propriety of removal and remand. The parties have agreed that remand of this case is appropriate.

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiff and Defendants that this matter should be remanded to California Superior Court, County of Los Angeles, with the parties to bear their own fees and costs.

Dated: April 18, 2008

HARRIS & KAUFMAN
THE MARCARIAN LAW FIRM

By: /s/ Matthew A. Kaufman

Matthew A. Kaufman,
Attorneys for Plaintiff, Kenneth Amodeo

Dated: April 18, 2008

PAYNE & FEARS

By: /s/ John T. Egley

John T. Egley
Attorneys for Defendants, Safeway Inc., and The Vons Companies, Inc.