

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450


Re:  Case Number: _____

  Previously Superior Court Case No. _____

  Case Name: _____


Dear Sir / Madam:

  Pursuant to this Court's ORDER OF REMAND issued on _____, the above-referenced case is hereby remanded to your jurisdiction.

  Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

  Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office.  Thank you for your cooperation.

                                Respectfully,

                                Clerk, U. S. District Court


                                By: _____
                                        Deputy Clerk

                                ☐ Western   ☐ Eastern   ☐ Southern Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

                                Clerk, Superior Court

_____      By: _____
Date                                        Deputy Clerk

CV - 103 (06/04)         **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)**